01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAN REDFORD, ) | Case No. C06-1576-JLR-JPD |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER REMANDING CASE |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration,[1] ) | |
| ) | |
|         Defendant. ) | |

The present matter comes before the Court on defendant's Motion to Remand. Dkt. No. 11. Plaintiff has filed no response to this motion. Based upon defendant's motion, sentence six of 42 U.S.C. § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. §§ 405(g) and 1383(c)(3), and good cause having been shown, it is hereby ORDERED that this case is REVERSED and REMANDED to the Commissioner for further action by the Commissioner—specifically, to search for the missing hearing tapes of the Administrative Law Judge's hearing held on October 20, 2004. If the recordings cannot be located in a reasonable

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as the defendant in this suit.

period of time, the Appeals Council is ordered to remand the case for a *de novo* hearing.

DATED this 20th day of February, 2007.

JAMES L. ROBART
United States District Judge

Recommended for entry this
15th day of February, 2007.

/s/  JAMES P. DONOHUE
United States Magistrate Judge